IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brent A. Castleman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Minot ND, et al., | ) | |
| | ) | Case No. 1:21-cv-198 |
| Defendants. | ) | |

Plaintiff Brent A. Castleman ("Castleman") was in State custody at the James River Correctional Center in Jamestown, North Dakota, when he initiated this action in October 2021. (Doc. No. 1-2). He was subsequently released and is presently residing in Minot, North Dakota. (Doc. No. 8). Although he had been released, the court screened his pleadings pursuant to 28 U.S.C. § 1915A. Concluding that his pleadings were devoid of any cognizable constitutional claims, the court issued an order on March 28, 2022, giving him until April 25, 2022, to file an amended complaint or otherwise show cause why this matter should not be dismissed. (Doc. No. 12). At his request, the court extended his show cause deadline until May 26, 2022. (Doc. No. 14).

To date Castleman has failed to file an amended complaint or otherwise show cause why this matter should not be dismissed without prejudice. Accordingly, for the reasons articulated in its order of March 28, 2022, the above-captioned action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court